IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KEVIN AVAREZE DELOACH,

        Petitioner,

    v.

WARDEN, JENKINS CORRECTIONAL
FACILITY,

        Respondent.

CIVIL ACTION NO.: 6:24-cv-44

## O R D E R

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss without prejudice Petitioner Kevin DeLoach's ("DeLoach") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow this Court's Order and Local Rules.   Doc. 7. DeLoach did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error.").   I **DISMISS without prejudice** DeLoach's § 2241 Petition based on his failure to follow an Order of this Court and this Court's Local Rules.  I also **DIRECT**

the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY**

DeLoach leave to appeal *in forma pauperis*.

      **SO ORDERED**, this ___15th___ day of November, 2024.

             HONORABLE J. RANDAL HALL
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF GEORGIA