AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEVIN AVAREZE DELOACH

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:24-cv-00044

WARDEN, JENKINS CORRECTIONAL FACILITY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed November 15, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Petitioner DeLoach's § 2241 Petition is dismissed without prejudice for his failure to follow an Order of this Court and this Court's Local Rules. Petitioner is denied leave to appeal in forma pauperis.   This case stands closed.



11/15/2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Ann Duke, Deputy Clerk

GAS Rev 10/2020